# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL K. JOHNSON,<br><br>        Petitioner,<br><br>        v.<br><br>FELICIA PONCE, Warden,<br><br>        Respondent. | Case No. CV 18-3912-DSF (JEM)<br><br>P-08-CR-051(1) (W.D. Tex.)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition is granted; and (2) Judgment shall be entered dismissing the action without prejudice.

DATED: 6/4/2019

                                            DALE S. FISCHER<br>
                                 UNITED STATES DISTRICT JUDGE