# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL K. JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FELICIA PONCE, Warden,<br><br>　　　　Respondent. | Case No. CV 18-3912-DSF (JEM)<br><br>　　P-08-CR-051(1) (W.D. Tex.)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: 6/4/2019

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE